[No. 7746–9–II. Division Two. April 14, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. DENNIS E. SOLWAY, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 84–1–00028–5, Karen B. Conoley, J., entered April 24, 1984. *Dismissed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, A.C.J., and Petrich, J.


[No. 7243–2–II. Division Two. April 15, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. ALEXANDER BERLADYN, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 83–1–00026–2, Thomas L. Lodge, J., entered July 26, 1983. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Worswick, C.J., and Petrich, J.


[No. 7412–5–II. Division Two. April 15, 1986.]

*In the Matter of the Marriage of* MARLANE SCHUTTER, *Appellant, and* WALLIE SCHUTTER, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 199677, Waldo F. Stone, J., entered October 17, 1983. *Dismissed* by unpublished opinion per Worswick, C.J., concurred in by Petrich and Alexander, JJ.